United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-15865-mdc

Reginald Pace     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Pace, 4914 Boudinot Street, Philadelphia, PA 19120-4307 |
| cr | + | Government Loan Securitization Trust 2011-FV1, 14841 DALLAS PARKWAY, SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14409936 | + | Government Loan securitization Trust 2011-FV1, U.S, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13778410 | + | Luther Appliance & Fur, 129 Oser Ave Ste A, Hauppauge, NY 11788-3813 |
| 13778412 | | Pa. SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 14293662 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13823616 | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT, ET. AL., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13826013 | | U.S. Bank Trust N.A., c/o Chrisovalante P. Fliakos, Esq., Phelan Hallinan Diamond & Jones LLP, One Penn Ctr. Plaza, Phila., PA 19103 |
| 13918674 | | U.S. Bank Trust N.A., c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 13778416 | | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac#2302-04e Pob 10335, DesMoines, IA 50306 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | May 19 2021 01:49:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 19 2021 01:55:04 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | | Email/PDF: acg.acg.ebn@americaninfosource.com | May 19 2021 01:55:04 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| 13840438 | + | Email/Text: g20956@att.com | May 19 2021 02:00:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 13802691 | | Email/Text: bnc@atlasacq.com | May 19 2021 01:49:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13831888 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 19 2021 01:53:28 | American InfoSource LP as agent for, Verizon, PO |

Case 16-15865-mdc    Doc 64    Filed 05/20/21    Entered 05/21/21 00:56:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 248838, Oklahoma City, OK 73124-8838 |
| 13862481 | + | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13778402 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:25 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13781748 | | Email/PDF: acg.acg.ebn@americaninfosource.com | May 19 2021 01:53:15 | Capital One Auto Finance, c/o AIS Portfolio Srvs LP, PO Box 4360, Houston, TX 77210-4360 |
| 13778406 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | May 19 2021 01:53:19 | Capital One Auto Finance, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 13781750 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | May 19 2021 01:51:27 | Capital One Auto Finance, c/o AIS Portfolio Srvs LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 13805653 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13778407 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 19 2021 02:00:00 | Citadel Federal Cred U, Attn: Collections/Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 13778409 | + | Email/Text: Banko@frontlineas.com | May 19 2021 02:00:00 | Frontline Asset Strategies, 2700 Snelling Ave N,, Ste 250, Roseville, MN 55113-1783 |
| 14109893 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2021 01:59:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13778411 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2021 01:51:31 | LVNV Funding, Po Box 10497, Greenville, SC 29603-0497 |
| 13781517 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2021 01:51:32 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13786651 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13800531 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13778414 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2021 01:49:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 13865639 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 19 2021 01:58:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 13778417 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 19 2021 01:58:00 | Westlake Financial Svc, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 13841526 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 36 |

| 13778403 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13778404 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13778405 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13778415 | *+ | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 13778408 | ##+ | Eastern Account System, 75 Glen Rd Ste 310, Sandy Hook, CT 06482-1175 |
| 13794008 | ##+ | Luther Sales, 129 Oser Ave., Hauppauge, NY 11788-3813 |
| 13778413 | ##+ | Security Check, 2612 Jackson Ave W, Oxford, MS 38655-5405 |

TOTAL: 0 Undeliverable, 8 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISOVALANTE FLIAKOS | on behalf of Creditor U.S. Bank Trust National Association  Et al. paeb@fedphe.com |
| DAVID M. OFFEN | on behalf of Debtor Reginald Pace dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank Trust National Association  Et al. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Government Loan securitization Trust 2011-FV1  U.S. Bank Trust National Association Et Al... bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor U.S. Bank Trust National Association  Et al. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Reginald Pace
       Debtor(s)                                        Bankruptcy No: 16−15865−mdc

                                                                                    Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                              For The Court
                                                                    Timothy B. McGrath
                                                                     Clerk of Court

Dated: 5/18/21

                                                                                                                          62 − 61
                                                                                                Form 138_new